

The following constitutes the order of the Court.
Signed: May 22, 2023

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **EVANDER KANE**,<br><br>                                 Debtor. | Case No. 21-50028 SLJ<br>Chapter 7 |
| **FRED HJELMESET**, Trustee in Bankruptcy,<br><br>                                 Plaintiff,<br>    v.<br>**SURE SPORTS, LLC**,<br><br>                                 Defendant. | Adv. Proc. No. 22-5033 |

## ORDER FOR FURTHER BRIEFING
## AND CONTINUING SCHEDULING CONFERENCE

On May 9, 2023, the court heard Defendant's Motion for Jury Trial and Declaring that the Bankruptcy Court does not have Authority to Enter Final Judgment. ECF 31. During the hearing, Plaintiff cited California cases that were not included in the moving papers regarding a right to jury trial. Defendant objected to the new authorities.

The court is interested in further briefing about the cases Plaintiff mentioned during the hearing but will also provide Defendant an opportunity to review those cases and respond.

IT IS HEREBY ORDERED as follows:

1. No later than **May 26, 2023**, Plaintiff shall file a Supplemental brief, of four pages maximum, addressing the additional cases it mentioned regarding the jury trial right in California.
2. Reply brief from Defendant, of four pages maximum, shall be filed by **June 2, 2023**.
3. No further hearing is necessary, the matter will be submitted.
4. Due to the pending briefing, and good cause appearing, the scheduling conference for the above-captioned matter currently set for May 25, 2023 at 2:30 p.m. is continued to **June 22, 2023** at **2:30 p.m.** Status conference statements are due by **June 15, 2023**. No appearances are necessary on May 25, 2023.

IT IS SO ORDERED.

**END OF ORDER**

**COURT SERVICE LIST**

[ECF recipients only]